ORIGINAL

FILED

06/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0172

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0172

MONTANA DEMOCRATIC PARTY and MITCH
BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,

Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as
Montana Secretary of State,

Defendant and Appellant.

FILED

JUN 0 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Tracy A. Olson of Phoenix, Arizona, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Olson is currently in good standing with another state jurisdiction in which Olson is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the fourteenth appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Tracy A. Olson to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Tracy A. Olson, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 7 day of June, 2022.

For the Court,

By _____
Chief Justice